**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 480 EAL 2018

         Respondent                :

                                     :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

          v.                        :

                                       :

MALIK WOODS,                        :

                                     :

          Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is

**DENIED**.